FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2015 NOV 25 PM 1:31
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RODERICK BO JACKSON,

    Plaintiff,

v.

KEVIN JOSEPH GROGAN, TERRANCE JACKSON, CLARK GRANT, TIMOTHY RUFFINI, and AL ST. LAWRENCE,

    Defendants.

CASE NO. CV414-249

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 11), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 23rd day of November 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA