# United States District Court
## *Southern District of Georgia*

Roderick Bo Jackson

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV414-249

Kevin Joseph Grogan et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated November 23, 2015, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; dismissing this complaint with prejudice. This action stands closed.

| | |
|---|---|
| November 25, 2015 | Scott L. Poff |
| *Date* | *Clerk* |
| | (By) *Deputy Clerk* |